```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JEROME POLVAY, Individually and on Behalf of all Others Similarly Situated,<br><br>  Plaintiff,<br><br>  -v-<br><br>FCTI, INC., and DOES 1-10, Inclusive,<br><br>  Defendants. | 22-cv-4315 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

On December 7, 2022, defendant FCTI, Inc. ("FCTI") moved for summary judgment in its favor on all claims asserted by plaintiff Jerome Polvay in the First Amended Complaint. See ECF No. 26. After full briefing, the Court heard oral argument on FCTI's motion on Friday, January 6, 2023.

Upon due consideration, the Court hereby denies FCTI's motion. The Court will issue an opinion setting forth the reasons for these rulings in due course. Counsel for plaintiff and for defendants are instructed to convene a joint call to Chambers by no later than 5:00 PM on Tuesday, January 17, 2023, to set a schedule for class certification.

The Clerk is respectfully directed to close document numbers 25-26 on the docket of this case.

1

SO ORDERED.

Dated:     New York, NY

          January 13, 2023      JED S. RAKOFF, U.S.D.J.