UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEROME POLVAY, individually on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FCTI, INC., and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 1:22-cv-04315-JSR |

## [PROPOSED] ORDER GRANTING MOTION TO STAY PROCEEDINGS

In light of the Parties' notice of global settlement that includes this matter, *Andrea Durkee v. FCTI, Inc.*, No. 2:23-cv-2537-FMO-KS (C.D. Cal.) ("*Durkee*") and *Weiss v. FCTI, Inc.*, No. 37-2024-000498-CU-BT-NC (Sup. Ct. of Cal., County of San Diego) ("*Weiss*"), the Court hereby **ORDERS** that the trial currently set for April 22, 2024, and all related deadlines are hereby adjourned. The Court further **ORDERS** that a motion for preliminary approval shall be filed in the *Weiss* matter no later than May 1, 2024. After final approval is granted, Plaintiff shall submit Final Approval Order and Judgement to this Court and concurrently request this matter be closed.

A status conference regarding the progress of class settlement is set for July 8, 2024 at 2 ~~AM~~/PM and a joint status report is due seven (7) days before the status conference.

**SO ORDERED.**

Date: 4/12/24

_____
JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

1