UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEROME POLVAY, individually on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>FCTI, INC., and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 1:22-cv-04315-JSR |

## NOTICE OF FINAL APPROVAL ORDER AND REQUEST TO CLOSE MATTER

Pursuant to the Order Granting Motion to Stay Proceedings (ECF No. 69), Plaintiff Jerome Polvay hereby submits and attaches hereto as Exhibits A and B, respectively, the Order Granting Final Approval of Class Settlement and Application for Attorneys' Fees, Costs, and Service Awards and Minute Order entered in *Weiss v. FCTI, Inc.*, No. 37-2024-00016908-CU-BT-NC (Sup. Ct. of Cal., County of San Diego) on December 24, 2024, which resolve the claims of Plaintiff Polvay and the class certified by this Court, and requests that the above-captioned matter be closed.

Dated: December 31, 2024

        **LYNCH CARPENTER, LLP**

By:   */s/ Todd D. Carpenter*
Todd D. Carpenter (admitted *pro hac vice*)
todd@lcllp.com
(Eddie) Jae K. Kim (admitted *pro hac vice*)
ekim@lcllp.com
Jennifer M. French (admitted *pro hac vice*)
jennf@lcllp.com
Tiffine E. Malamphy (admitted *pro hac vice*)
tiffine@lcllp.com
1234 Camino Del Mar
Del Mar, CA 92014
Telephone:    (619) 762-1900

**LYNCH CARPENTER, LLP**
Gary F. Lynch
gary@lcllp.com
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone:    (412) 322-9243

*Attorneys for Plaintiff and the Proposed Class*

1